**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number): |
|---|
| After recording, return to:<br>MICHAEL COSENTINO<br>MICHAEL COSENTINO   SB#83253<br>COUNSEL FOR THE UNITED STATES<br>P.O. BOX 129<br>ALAMEDA, CA. 94501<br>TEL NO.: 510-523-4702   FAX NO. (optional): 510-747-1640<br>E-MAIL ADDRESS (Optional):<br>[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **U.S. DISTRICT CT.**
STREET ADDRESS: UNITED STATES DISTRICT COURT
MAILING ADDRESS: 450 GOLDEN GATE AVENUE
CITY AND ZIP CODE: SAN FRANCISCO, CA. 94102
BRANCH NAME: NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFF: UNITED STATES OF AMERICA
DEFENDANT: JOSEPH E. HYSON aka JOSEPH HYSON

CASE NUMBER: C00-1387 M

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS   Amended

FOR COURT USE ONLY

1. The [X] judgment creditor  [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   > JOSEPH E. HYSON aka JOSEPH HYSON
   > 526 HARBOUR WAY
   > RICHMOND, CA 94801-2746

   b. Driver's license no. [last 4 digits] and state:        [X] Unknown
   c. Social security no. [last 4 digits]: 3522              [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
      JOSEPH E. HYSON aka JOSEPH HYSON
      1548 THOMAS AVENUE, SAN FRANCISCO, CA 94124

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   UNITED STATES OF AMERICA, C/O MICHAEL COSENTINO
   PO BOX 129, ALAMEDA, CA 94501
   Date: DECEMBER 19, 2014
   MICHAEL COSENTINO
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 11,965.06
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): MAY 10, 2000
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $ 0.00
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

    Clerk, by RICHARD W. WIEKING / MARK ROMYN, Deputy

This abstract issued on (date): 12/22/2014

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Legal Solutions Plus